ACCEPTED
03-17-00873-CV
21621107
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/4/2018 5:29 PM
JEFFREY D. KYLE
CLERK

NO. 03-17-00873-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/4/2018 5:29:01 PM
JEFFREY D. KYLE
Clerk

## IN THE COURT OF APPEALS
## THIRD JUDICIAL DISTRICT OF TEXAS
## AT AUSTIN

**OCAMPO PARTNERS, LTD., BELCO EQUITIES, INC., RIVERHORSE EQUITIES II, LTD. AND DOUGLASS McDERMOTT AS TRUSTEE OF THE RUDY BELTON MANAGEMENT TRUST,**
*Appellants*

**v.**

**JOHN KOREN, INDIVIDUALLY AND DERIVATELY ON BEHALF OF RIVERHORSE EQUITIES, L.P. AND CHEVY CHASE EQUITIES, LTD., PATRICIA McGOVERN, RICHARD BRESSLER AND STEFANIA KOREN,**
*Appellees.*

On Appeal from Cause No. D-1-GN-17-002572
In the 126th Judicial District Court of Travis County, Texas
The Honorable John Dietz

**REAL PARTIES IN INTEREST'S UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION FOR WRIT OF MANDAMUS**

TO THE HONORABLE COURT OF APPEALS:

Real Parties in Interest John Koren, individually and derivatively on behalf of

Riverhorse Equities, L.P. and Chevy Chase Equities, Ltd., Patricia McGovern,

032760-67128/4851-4164-7194.1

Richard Bressler, and Stefania Koren (collectively "Real Parties in Interest") file this First Motion for Extension, pursuant to Tex. R. App. P. 10.5(b), seeking an additional two weeks to file their response to the Petition for Mandamus from January 8, 2018 to January 22, 2018. In support of this Motion, the joint movants would respectfully state:

## I. INTRODUCTION

1. Relators filed their Petition for Writ of Mandamus (the "Petition") on December 28, 2017, seeking review of an Order Denying Motion to Disqualify Counsel entered on December 27, 2017 (the "Order"). On December 29, 2017 filed an Emergency Motion for Temporary Relief ("Emergency Motion") seeking to stay certain discovery responses by Relators in the underlying proceeding pending mandamus review.

2. On December 29, 2017, this Court issued an Order granting temporary relief staying Relators' responses to discovery until Monday, January 22, 2018, and providing for Real Parties in Interest to respond to the Relators' Petition on or before Monday, January 8, 2018.

3. Counsel for the Real Parties in Interest require additional time to respond to the Petition for the reasons set forth herein, including that Findings of Fact and Conclusions of Law with respect to the Order were requested on December 29, 2017 and are pending entry early next week. Relators do not oppose such

032760-67128/4851-4164-7194.1

extension, provided a commensurate extension of the temporary relief and stay of Relators' responses to discovery is also granted.

## II.   ARGUMENT & AUTHORITIES

### A.    Motion to Extend Time to File Response

4.    The Court has the authority to extend the Real Parties in Interest's deadline to respond to the Petition pursuant to Texas Rule of Appellate Procedure 10.5(b)(1). The current deadline to respond to the Petition is Monday, January 8, 2018.

5.    Counsel for the Real Parties in Interest, Eric Taube and Jamie McGonigal, require additional time to respond to the Petition due to the intervening holiday, as well as other pending matters. Additionally, Findings of Fact and Conclusions of Law with respect to the Order were requested on December 29, 2017, and are pending entry in the underlying proceeding early next week.

6.    Real Parties in Interest therefore request a two-week extension of their response deadline from January 8, 2018 to January 22, 2018. The requested extension will not prejudice any party, and is the first such request. Respondent does not oppose this extension. Relators similarly do not oppose such extension, provided the temporary relief and stay of their responses to discovery is also extended for two weeks from January 22, 2018 to February 5, 2018.

7.     The $10.00 filing fee has been submitted in connection with this Motion.

## III.  PRAYER

For these reasons, Real Parties in Interest respectfully pray, that this Court grant a two-week extension of time to file Real Parties in Interests' response to the Petition for Mandamus from January 8, 2018 to January 22, 2018, and (in accordance with the qualified agreement of Relators to such relief) extend the temporary relief granted to Relators staying Relators' responses to discovery from January 22, 2018 until February 5, 2018.

Respectfully submitted,

WALLER LANSDEN DORTCH & DAVIS, LLP


By: /s/ *Eric J. Taube*
        Eric Taube
        State Bar No. 19679350
        eric.taube@wallerlaw.com
        Jamie McGonigal
        State Bar No. 24007945
        jamie.mcgonigal@wallerlaw.com
        100 Congress Avenue, Ste. 1800
        Austin, Texas 78701
        Telephone:  (512) 685-6400
        Telecopier:  (512) 685-6417

ATTORNEYS FOR APPELLEES

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I spoke to counsel for Relators, Ms. Mia Storm, about the merits of this Motion, as well as Respondent the Honorable John Dietz, on January 4, 2018. Neither Relators nor Respondent oppose this Motion; provided, however, that Relators' lack of opposition is incumbent upon the extension of temporary relief and the stay of their discovery responses as described in the motion.

/s/ Eric J. Taube
Eric J. Taube

## CERTIFICATE OF SERVICE

Pursuant to the Texas Rules of Appellate Procedure, a true and correct copy of the foregoing was served, *via email*, on the parties listed below, on the 4th day of January, 2018.

Daniel R. Richards
Clark Richards
Daniel Riegel
Richards Rodriguez & Skeith, LLP
816 Congress Avenue, Suite 1200
Austin, Texas 78701
drichards@rrsfirm.com
crichards@rrsfirm.com
driegel@rrsfirm.com

Randall C. Owens
Wright & Close, L.L.P.
One Riverway, Suite 2200
Houston, Texas 77056
owens@wrightclose.com

Geoffrey D. Weisbart
Mia A. Storm
Weisbart Springer Hayes LLP
212 Lavaca Street, Suite 200
Austin, Texas 78701
gweisbart@wshllp.com
mstorm@wshllp.com

Jason S. Scott
Osborne, Helman, Knebel & Scott, L.L.P.
301 Congress Ave., Suite 1910
Austin, Texas 78701
jsscott@ohkslaw.com

Honorable John K. Dietz
johndietz@mac.com

/s/ Eric J. Taube
Eric J. Taube

032760-67128/4851-4164-7194.1